UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RAYMOND COREY GREEN,**

    **Plaintiff,**

v.                                       Case No: 6:18-cv-1095-Orl-41GJK

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

                                        /

**ORDER**

THIS CAUSE is before the Court on Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee ("Motion," Doc. 29). Plaintiff's counsel petitions the Court for authorization to charge his client, Plaintiff, a reasonable fee for his representation in the above-styled matter. United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 30), recommending that the Court grant the Motion.

After a *de novo* review of the record, and noting that the parties filed a Joint Notice of No Objection (Doc. 31), this Court agrees entirely with the analysis set forth in the Report and Recommendation. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. 29) is **GRANTED**.

3. Plaintiff is awarded attorney's fees in the amount of $38,093.51, to be paid out of Plaintiff's past due benefits currently being withheld by the Social Security Administration.

**DONE** and **ORDERED** in Orlando, Florida on November 4, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record