UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RAYMOND COREY GREEN,**

**Plaintiff,**

**v.**                                                    **Case No:  6:18-cv-1095-Orl-41GJK**

**COMMISSIONER OF SOCIAL
SECURITY,**

**Defendant.**
_____/

### ORDER

THIS CAUSE is before the Court on Richard A. Culbertson's Unopposed Supplemental Request for Authorization to Charge a Reasonable Fee ("Motion," Doc. 33). Plaintiff's counsel petitions the Court for authorization to charge Plaintiff a reasonable fee for his representation in the above-styled matter. United States Magistrate Judge David A. Baker issued a Report and Recommendation (Doc. 34) in which he recommends that the Court grant the Motion.

After a *de novo* review of the record, and noting that the parties filed a Joint Notice of No Objection (Doc. 35), this Court agrees entirely with the analysis set forth in the Report and Recommendation. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 34) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Richard A. Culbertson's Unopposed Supplemental Request for Authorization to Charge a Reasonable Fee (Doc. 33) is **GRANTED**.

3. The Commissioner may, in his discretion and in accordance with the Agency's rules, withhold $21,968.25 in attorney's fees from the payment of Plaintiff's past-due benefits, should he determine that it is appropriate to do so.

**DONE** and **ORDERED** in Orlando, Florida on April 16, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record